UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF RODNEY D. HORTON, FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY AS OWNER OF A 25-FT
2003 GRADY WHITE MODEL 258, HULL
I.D. NTLVY473D303,

CASE NO.: 8:05-CV-1694-T-17TGW

_____/

## INJUNCTION

Rodney D. Horton, having on the 9th day of September, 2005, filed a petition for exoneration from or limitation of liability in respect to losses, damages, or injuries arising out of a voyage of the 25-foot 2003 Grady White Model 258 on March 12, 2005, and having stated in said petition the facts and circumstances upon which said exoneration from or limitation of liability are claimed, and having deposited into the registry of the Court $59,500.00 as the value of the vessel and as security for claims, and it appearing that Rodney D. Horton desires to obtain a restraining order, it is

ORDERED that the further prosecution of any pending actions, suits, or legal proceedings in any court whatsoever and the institution and prosecution of any suits, actions, or legal proceedings of any nature or description whatsoever in any court whatsoever, except in this proceeding for exoneration from or limitation of liability, against Rodney D. Horton or the 25-foot 2003 Grady White Model 258 in respect of any claim or claims arising out of or connected with the aforesaid incident of March 12, 2005, be, and the same are hereby, stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED that service of this Order as a restraining order may be made by mailing a certified copy of this Order to the person or persons to be restrained or to their respective attorneys or representatives.

DONE AND ORDERED in chambers at Tampa, Florida, this 8th day of ~~September~~ November, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

#2145530v1